UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

XAVIER JAMAL WALKER,

Plaintiff,

v.

CITY OF FLINT,
NICHOLAS WHITE,
ANDREW DEFAUW,
JAYLIN TAYLOR, and
JOHN DOE Nos. 1-2,

Defendants.
_____________________________________/

Case No. 2:26-cv-10052

District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

**SUPPLEMENTAL ORDER REGARDING PLAINTIFF'S JUNE 2, 2026 MOTION (ECF No. 27) and ORDER RESOLVING PLAINTIFF'S AUGUST 24, 2026 MOTION (ECF No. 36)**

This matter concerns the alleged events of March 6, 2025, regarding which Plaintiff brings claims of unlawful detention & arrest, unlawful search & seizure, retaliation for exercising constitutional rights, supervisory liability, failure to intervene, municipal liability, and state law claims. (ECF No. 11, ¶¶ 51-58.)

Judge DeClercq has referred this case to me for pretrial matters. On September 9, 2026, I conducted a video status conference with Plaintiff, counsel for the City of Flint (Attorney Chelsea Suzanne Down), and counsel for Defendants White, Defauw, and Taylor (Attorney Michael W. Edmunds). (ECF

Nos. 30, 39.) Consistent with that discussion, the Court issues the following rulings:

**(1)** Although Plaintiff's June 2, 2026 combined motion (ECF No. 27) was deemed withdrawn on August 28, 2026 as to Defendant City of Flint by a stipulation and order (*see* ECF No. 38), the submission did not address the motion as it related to Defendants White, Defauw, and Taylor. Accordingly, the stipulated order (ECF No. 38) is, hereby, supplemented to reflect that the combined motion (ECF No. 27) is **WITHDRAWN WITHOUT PREJUDICE** as to anything that is not addressed in the August 28, 2026 stipulated order (ECF No. 38) or in the present order. To be clear, Plaintiff is not losing any rights he was attempting to pursue against the individual Defendants in the June 2, 2026 combined motion (ECF No. 27).

**(2)** Plaintiff's August 24, 2026 motion to compel Defendant White's responses to second discovery, to determine the status of requests for admission, and for relief under Rules 33, 36, and 37 (ECF No. 36), this motion is **RESOLVED**. Defendant White **SHALL**: **(a)** no later than the close of business on **Wednesday, September 9, 2026**, serve whatever supplemental answers he has to Interrogatory Nos. 23-25 and to Request for Admission Nos. 33-50; and, **(b)** no later than the close of business on **Friday, September 11, 2026**, serve answers to any outstanding discovery requests.

**IT IS SO ORDERED.**[1]

Dated: September 9, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).